## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TEX-CHEM CORPORATION, a California corporation, and JOHN DOES 1-5,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.<br><br>**CLASS ACTION** |

## CLASS ACTION COMPLAINT

Plaintiff, GORSS MOTELS, INC. ("Plaintiff"), brings this action on behalf of itself and all others similarly situated, through its attorneys, and except as to those allegations pertaining to Plaintiff or its attorneys, which allegations are based upon personal knowledge, alleges the following upon information and belief against Defendants, AMERICAN TEX-CHEM CORPORATION and JOHN DOES 1-5 ("Defendants"):

## PRELIMINARY STATEMENT

1.      This case challenges Defendants' practice of sending unsolicited facsimiles.

2.      The federal Telephone Consumer Protection Act of 1991, as amended by the Junk Fax Prevention Act of 2005, 47 USC § 227 ("JFPA" or the "Act"), and the regulations promulgated under the Act, prohibit a person or entity from faxing or having an agent fax advertisements without the recipient's prior express invitation or permission. The JFPA provides a private right of action and provides statutory damages of $500 per violation. Upon information and belief, Defendants have sent facsimile transmissions of unsolicited advertisements to

Plaintiff and the Class in violation of the JFPA, including, but not limited to, the facsimile transmission of twenty-four (24) unsolicited advertisements on or about June 11, 26, 2013, September 18, 2013, October 4, 2013, November 26, 2013, January 8, 17, 22, 2014, February 5, 10, 2014, March 4, 5, 18, 2014, April 2, 8, 10, 29, 2014, May 6 (2), 15, 28, 2014, June 4, 10, 2014 and July 15, 2014 ("the Faxes"), true and correct copies of which are attached hereto as <u>Group Exhibit A</u>, and made a part hereof.  The Faxes describe the commercial availability or quality of Defendants' products, goods and services. Plaintiff is informed and believes, and upon such information and belief avers, that Defendants have sent, and continue to send, unsolicited advertisements via facsimile transmission in violation of the JFPA, including but not limited to those advertisements sent to Plaintiff.

3.      Unsolicited faxes damage their recipients. A junk fax recipient loses the use of its fax machine, paper, and ink toner. An unsolicited fax wastes the recipient's valuable time that would have been spent on something else. A junk fax interrupts the recipient's privacy. Unsolicited faxes prevent fax machines from receiving authorized faxes, prevent their use for authorized outgoing faxes, cause undue wear and tear on the recipients' fax machines, and require additional labor to attempt to discern the source and purpose of the unsolicited message.

4.      On behalf of itself and all others similarly situated, Plaintiff brings this case as a class action asserting claims against Defendants under the JFPA. Plaintiff seeks to certify a class including faxes sent to Plaintiff and other advertisements sent without proper opt-out language or without prior express invitation or permission, whether sent to Plaintiff or not.

5.      Plaintiff is informed and believes, and upon such information and belief avers, that this action is based upon a common nucleus of operative facts because the facsimile transmissions at issue were and are being done in the same or similar manner. This action is

2

based on the same legal theory, namely liability under the JFPA. This action seeks relief expressly authorized by the JFPA: (i) injunctive relief enjoining Defendants, their employees, agents, representatives, contractors, affiliates, and all persons and entities acting in concert with them, from sending unsolicited advertisements in violation of the JFPA; and (ii) an award of statutory damages in the minimum amount of $500 for each violation of the JFPA, and to have such damages trebled, as provided by § 227(b)(3) of the Act.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227.

7.      This court has personal jurisdiction over Defendants because Defendants transact business within this judicial district, have made contacts within this judicial district, and/or have committed tortious acts within this judicial district.

## PARTIES

8.      Plaintiff, GORSS MOTELS, INC., is a Connecticut corporation.

9.      On information and belief, Defendant AMERICAN TEX-CHEM CORPORATION is a California corporation.

10.     JOHN DOES 1-5 will be identified through discovery, but are not presently known.

## FACTS

11.     On information and belief, on or about June 11, 26, 2013, September 18, 2013, October 4, 2013, November 26, 2013, January 8, 17, 22, 2014, February 5, 10, 2014, March 4, 5, 18, 2014, April 2, 8, 10, 29, 2014, May 6, 15, 28, 2014, June 4, 10, 2014 and July 15, 2014, Defendants used a telephone facsimile machine, computer, or other device to send a total of

twenty-four (24) unsolicited facsimiles to Plaintiff.  Copies of the facsimiles are attached hereto as Group Exhibit A.

12.     On information and belief, Defendants received some or all of the revenues from the sale of the products, goods and services advertised on Group Exhibit A, and Defendants profit and benefit from the sale of the products, goods and services advertised on Group Exhibit A.

13.     Plaintiff did not give prior express invitation or permission to Defendants to send the faxes.

14.     On information and belief, Defendants faxed the same and other unsolicited facsimiles with opt-out language identical or substantially similar to the opt-out language of the fax advertisements attached hereto as Group Exhibit A to Plaintiff and at least 40 other recipients or sent the same and other advertisements by fax with the required opt-out language but without first receiving the recipients' express invitation or permission and without having an established business relationship as defined by the TCPA and its regulations.

15.     There is no reasonable means for Plaintiff (or any other class member) to avoid receiving unauthorized faxes. Fax machines are left on and ready to receive the urgent communications their owners desire to receive.

16.     Defendants' facsimiles attached as Exhibit A do not display a proper opt-out notice as required by 47 C.F.R. § 64.1200.

## CLASS ACTION ALLEGATIONS

17.     In accordance with Fed. R. Civ. P. 23(b)(1), (b)(2) and (b)(3), Plaintiff brings this class action pursuant to the JFPA, on behalf of the following class of persons:

> All persons who (1) on or after four years prior to the filing of this action, (2) were sent telephone facsimile messages of

material advertising the commercial availability or quality of any property, goods, or services by or on behalf of Defendants, (3) from whom Defendants did not obtain "prior express invitation or permission" to send fax advertisements, or (4) with whom Defendants did not have an established business relationship, and/or (5) which contained an opt-out notice that is identical or substantially similar to the opt-out notice contained in the fax advertisements Defendants sent to Plaintiff, which are attached hereto as Exhibit A.

Excluded from the Class are the Defendants, their employees, agents and members of the Judiciary. Plaintiff seeks to certify a class that includes but is not limited to the fax advertisements sent to Plaintiff. Plaintiff reserves the right to amend the class definition upon completion of class certification discovery.

18.     Class Size (Fed. R. Civ. P. 23(a)(1)): Plaintiff is informed and believes, and upon such information and belief avers, that the number of persons and entities of the Plaintiff Class is numerous and joinder of all members is impracticable. Plaintiff is informed and believes, and upon such information and belief avers, that the number of class members is at least forty.

19.     Commonality (Fed. R. Civ. P. 23 (a) (2)):  Common questions of law and fact apply to the claims of all class members. Common material questions of fact and law include, but are not limited to, the following:

(a)     Whether the Defendants sent unsolicited fax advertisements;

(b)     Whether Defendants' faxes sent to other persons, not the Plaintiff, constitute advertisements;

(c)     Whether the Defendants' faxes advertised the commercial availability or quality of property, goods, or services;

(d)      The manner and method the Defendants used to compile or obtain the list of fax numbers to which they sent Exhibit A, other unsolicited faxed advertisements or other advertisements without the required opt-out language;

(e)      Whether the Defendants faxed advertisements without first obtaining the recipient's prior invitation or permission;

(f)      Whether the Defendants sent the faxed advertisements knowingly;

(g)      Whether the Defendants violated the provisions of 47 U.S.C. § 227 and the regulations promulgated thereunder;

(h)      Whether the faxes contain an "opt-out notice" that complies with the requirements of § (b)(1)(C)(iii) of the Act, and the regulations promulgated thereunder, and the effect of the failure to comply with such requirements;

(i)      Whether the Defendants should be enjoined from faxing advertisements in the future;

(j)      Whether the Plaintiff and the other members of the class are entitled to statutory damages; and

(k)      Whether the Court should award treble damages.

20.      <u>Typicality (Fed. R. Civ. P. 23 (a) (3)):</u>  The Plaintiff's claims are typical of the claims of all class members. The Plaintiff received the same or similar faxes as the faxes sent by or on behalf of the Defendants advertising products, goods and services of the Defendants during the Class Period. The Plaintiff is making the same claims and seeking the same relief for itself and all class members based upon the same federal statute. The Defendants have acted in the same or in a similar manner with respect to the Plaintiff and all the class members by sending

Plaintiff and each member of the class the same or similar faxes or faxes which did not contain the proper opt-out language or were sent without prior express invitation or permission.

21.     <u>Fair and Adequate Representation (Fed. R. Civ. P. 23 (a) (4)):</u>  The Plaintiff will fairly and adequately represent and protect the interests of the class. It is interested in this matter, has no conflicts, and has retained experienced class counsel to represent the class.

22.     <u>Need for Consistent Standards and Practical Effect of Adjudication (Fed. R. Civ. P. 23 (b) (1)):</u>  Class certification is appropriate because the prosecution of individual actions by class members would: (a) create the risk of inconsistent adjudications that could establish incompatible standards of conduct for the Defendants, and/or (b) as a practical matter, adjudication of the Plaintiff's claims will be dispositive of the interests of class members who are not parties.

23.     <u>Common Conduct (Fed. R. Civ. P. 23 (b) (2)):</u>  Class certification is also appropriate because the Defendants have acted in the same or similar manner with respect to all class members thereby making injunctive and declaratory relief appropriate. The Plaintiff demands such relief as authorized by 47 U.S.C. § 227.

24.     <u>Predominance and Superiority (Fed. R. Civ. P. 23 (b) (3)):</u>  Common questions of law and fact predominate over any questions affecting only individual members, and a class action is superior to other methods for the fair and efficient adjudication of the controversy because:

(a)     Proof of the claims of the Plaintiff will also prove the claims of the class without the need for separate or individualized proceedings;

(b)     Evidence regarding defenses or any exceptions to liability that the Defendants may assert and attempt to prove will come from the Defendants' records and will not require individualized or separate inquiries or proceedings;

(c)     The Defendants have acted and are continuing to act pursuant to common policies or practices in the same or similar manner with respect to all class members;

(d)     The amount likely to be recovered by individual class members does not support individual litigation. A class action will permit a large number of relatively small claims involving virtually identical facts and legal issues to be resolved efficiently in one proceeding based upon common proofs; and

(e)     This case is inherently manageable as a class action in that:

(i)     The Defendants identified persons to receive the fax transmissions and it is believed that the Defendants' and/or Defendants' agents' computers and business records will enable the Plaintiff to readily identify class members and establish liability and damages;

(ii)     Liability and damages can be established for the Plaintiff and the class with the same common proofs;

(iii)     Statutory damages are provided for in the statute and are the same for all class members and can be calculated in the same or a similar manner;

(iv)     A class action will result in an orderly and expeditious administration of claims and it will foster economics of time, effort and expense;

(v)     A class action will contribute to uniformity of decisions concerning the Defendants' practices; and

(vi)   As a practical matter, the claims of the class are likely to go unaddressed absent class certification.

**Claim for Relief for Violation of the JFPA, 47 U.S.C. § 227 *et seq.***

25.    The JFPA makes it unlawful for any person to "use any telephone facsimile machine, computer or other device to send, to a telephone facsimile machine, an unsolicited advertisement . . . ." 47 U.S.C. § 227(b)(1)(C).

26.    The JFPA defines "unsolicited advertisement" as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission, in writing or otherwise." 47 U.S.C. § 227 (a) (5).

27.    **Opt-Out Notice Requirements.** The JFPA strengthened the prohibitions against the sending of unsolicited advertisements by requiring, in § (b)(1)(C)(iii) of the Act, that senders of faxed advertisements place a clear and conspicuous notice on the first page of the transmission that contains the following among other things (hereinafter collectively the "Opt-Out Notice Requirements"):

(1)    A statement that the recipient is legally entitled to opt-out of receiving future faxed advertisements – knowing that he or she has the legal right to request an opt-out gives impetus for recipients to make such a request, if desired;

(2)    A statement that the sender must honor a recipient's opt-out request within 30 days and the sender's failure to do so is unlawful – thereby encouraging recipients to opt-out, if they did not want future faxes, by advising them that their opt-out requests will have legal "teeth";

(3)     A statement advising the recipient that he or she may opt-out with respect to all of his or her facsimile telephone numbers and not just the ones that receive a faxed advertisement from the sender – thereby instructing a recipient on how to make a valid opt-out request for all of his or her fax machines;

(4)     The opt-out language must be conspicuous.

The requirement of (1) above is incorporated from § (b)(D)(ii) of the Act. The requirement of (2) above is incorporated from § (b)(D)(ii) of the Act and the rules and regulations of the Federal Communications Commission (the "FCC") in ¶ 31 of its 2006 Report and Order (*In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act, Junk Prevention Act of 2005,* 21 F.C.C.R. 3787, 2006 WL 901720, which rules and regulations took effect on August 1, 2006). The requirements of (3) above are contained in § (b)(2)(E) of the Act and incorporated into the Opt-Out Notice Requirements via § (b)(2)(D)(ii). Compliance with the Opt-Out Notice Requirements is neither difficult nor costly. The Opt-Out Notice Requirements are important consumer protections bestowed by Congress upon the owners of the telephone lines and fax machines giving them the right, and means, to stop unwanted faxed advertisements.

28.     **2006 FCC Report and Order.** The JFPA, in § (b)(2) of the Act, directed the FCC to implement regulations regarding the JFPA, including the JFPA's Opt-Out Notice Requirements and the FCC did so in its 2006 Report and Order, which in addition provides among other things:

A.     The definition of, and the requirements for, an established business relationship for purposes of the first of the three prongs of an exemption to liability under § (b)(1)(C)(i) of the Act and provides that the lack of an "established business

10

relationship" precludes the ability to invoke the exemption contained in § (b)(1)(C) of the Act (*See* 2006 Report and Order ¶¶ 8-12 and 17-20);

B.      The required means by which a recipient's facsimile telephone number must be obtained for purposes of the second of the three prongs of the exemption under § (b)(1)(C)(ii) of the Act and provides that the failure to comply with these requirements precludes the ability to invoke the exemption contained in § (b)(1)(C) of the Act (*See* 2006 Report and Order ¶¶ 13-16);

C.      The things that must be done in order to comply with the Opt-Out Notice Requirements for the purposes of the third of the three prongs of the exemption under § (b)(1)(C)(iii) of the Act and provides that the failure to comply with these requirements precludes the ability to invoke the exemption contained in § (b)(1)(C) of the Act (*See* 2006 Report and Order ¶¶ 24-34);

D.      The failure of a sender to comply with the Opt-Out Notice Requirements precludes the sender from claiming that a recipient gave "prior express invitation or permission" to receive the sender's fax (*See* Report and Order ¶ 48).

As a result thereof, a sender of a faxed advertisement who fails to comply with the Opt-Out Notice Requirements has, by definition, transmitted an unsolicited advertisement under the JFPA. This is because such a sender can neither claim that the recipients of the faxed advertisement gave "prior express invitation or permission" to receive the fax nor can the sender claim the exemption from liability contained in § (b)(C)(1) of the Act.

29.      **The Faxes**. On or about June 11, 26, 2013, September 18, 2013, October 4, 2013, November 26, 2013, January 8, 17, 22, 2014, February 5, 10, 2014, March 4, 5, 18, 2014, April 2, 8, 10, 29, 2014, May 6 (2), 15, 28, 2014, June 4, 10, 2014 and July 15, 2014, Defendants sent

twenty-four (24) advertisements via facsimile transmission from telephone facsimile machines, computers, or other devices to the telephone lines and facsimile machines of Plaintiff and members of the Plaintiff Class. The Faxes constituted advertisements under the Act. Defendants failed to comply with the Opt-Out Requirements in connection with the Faxes. The Faxes were transmitted to persons or entities without their prior express invitation or permission and/or Defendants are precluded from asserting any prior express invitation or permission or that Defendants had an established business relationship with Plaintiff and other members of the class, because of the failure to comply with the Opt-Out Notice Requirements. By virtue thereof, Defendants violated the JFPA and the regulations promulgated thereunder by sending the Faxes via facsimile transmission to Plaintiff and members of the Class.  Plaintiff seeks to certify a class which includes these faxes and all others sent during the four years prior to the filing of this case through the present.

30.     **Defendants' Other Violations.**  Plaintiff is informed and believes, and upon such information and belief avers, that during the period preceding four years of the filing of this Complaint and repeatedly thereafter, Defendants have sent via facsimile transmission from telephone facsimile machines, computers, or other devices to telephone facsimile machines of members of the Plaintiff Class other faxes that constitute advertisements under the JFPA that were transmitted to persons or entities without their prior express invitation or permission (and/or that Defendants are precluded from asserting any prior express invitation or permission or that Defendants had an established business relationship because of the failure to comply with the Opt-Out Notice Requirements in connection with such transmissions). By virtue thereof, Defendants violated the JFPA and the regulations promulgated thereunder. Plaintiff is informed and believes, and upon such information and belief avers, that Defendants may be continuing to

send unsolicited advertisements via facsimile transmission in violation of the JFPA and the regulations promulgated thereunder, and absent intervention by this Court, will do so in the future.

31.     The TCPA/JFPA provides a private right of action to bring this action on behalf of Plaintiff and the Plaintiff Class to redress Defendants' violations of the Act, and provides for statutory damages. 47 U.S.C. § 227(b)(3). The Act also provides that injunctive relief is appropriate. *Id.*

32.     The JFPA is a strict liability statute, so the Defendants are liable to the Plaintiff and the other class members even if their actions were only negligent.

33.     The Defendants knew or should have known that (a) the Plaintiff and the other class members had not given prior express invitation or permission for the Defendants or anybody else to fax advertisements about the Defendants' products, goods or services; (b) the Plaintiff and the other class members did not have an established business relationship; (c) Defendants transmitted advertisements;  (d) the Faxes did not contain the required Opt-Out Notice; and (e) Defendants' transmission of advertisements that did not contain the required opt-out notice or were sent without prior express invitation or permission was unlawful.

34.     The Defendants' actions caused damages to the Plaintiff and the other class members. Receiving the Defendants' junk faxes caused Plaintiff and the other recipients to lose paper and toner consumed in the printing of the Defendants' faxes. Moreover, the Defendants' faxes used the Plaintiff's and the other class members' telephone lines and fax machine. The Defendants' faxes cost the Plaintiff and the other class members time, as the Plaintiff and the other class members and their employees wasted their time receiving, reviewing and routing the Defendants' unauthorized faxes. That time otherwise would have been spent on the Plaintiff's

and the other class members' business activities. The Defendants' faxes unlawfully interrupted the Plaintiff's and other class members' privacy interests in being left alone.

WHEREFORE, Plaintiff, GORSS MOTELS, INC., individually and on behalf of all others similarly situated, demands judgment in its favor and against Defendants, AMERICAN TEX-CHEM CORPORATION, and JOHN DOES 1-5, jointly and severally, as follows:

A.     That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint the Plaintiff as the representative of the class, and appoint the Plaintiff's counsel as counsel for the class;

B.     That the Court award actual monetary loss from such violations or the sum of five hundred dollars ($500.00) for each violation, whichever is greater, and that the Court award treble damages of $1,500.00 if the violations are deemed "willful or knowing";

C.     That Court enjoin the Defendants from additional violations; and

D.     That the Court award pre-judgment interest, costs, and such further relief as the Court may deem just and proper.

<div style="margin-left: 40%;">

Respectfully submitted,

GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons,

By:     s/Aytan Y. Bellin
      Aytan Y. Bellin  ct28454

**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plains, NY  10606
Telephone:  914-358-5345
Aytan.Bellin@bellinlaw.com

**And:**

</div>

Brian J. Wanca (*pro hac vice to be submitted*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
bwanca@andersonwanca.com

# EXHIBIT A

To: (860) 632-8869                    2013/06/11 16: 4:35    Page 1 of 1



**AMTEX** ☎: **800-650-3360** www.myamtex.com

# Free Shipping
In Continental U.S.A.

## with 8 plus units



LG Life's Good



**INVENTORY BLOWOUT!**

MODEL # LP093CD3A
R410
9000 BTU
## $489.00

Expires: UNTIL STOCK LASTS!

LP123CD3A
R410
12000 BTU
## $499.00

*Fresh Universal TV Remotes!*

- Easy Setup
- No Codes required
- Waterproof



### 30 Free TV Remotes!

with the purchase
of 8 plus
Air Conditioning units

Regular Price               $9.99
Instant Manufacturers Rebate  $4.00

**Your Cost       $5.99 ea**

**AMTEX** ☎: **800-650-3360**
All prices valid only by phone or e-mail orders
sales@myamtex.com

www.myamtex.com
**Los Angeles | Dallas | Charlotte**

To have your number removed, go to www.notmx.net or call 1-866-553-1280, and Please Follow Instructions ( Fax Ext # 00628 ).

**AMTEX** ◆◆

☎: **800-650-3360**
www.myamtex.com
Los Angeles | Dallas | Charlotte

**Hot Deal!**

# Buy 20 cases
## Get 1 Case FREE!
# Welcome Toilet Paper



2-Ply
~805 sheets

Regular price $21.16
Instant Introduction rebate -8.00
Your Cost **$ 13.16**/Cs
Per case of 48

Item # 2710425

# $ 13.16/Cs

**FREE** Fresh Universal Remotes!

## in addition you get:

### 12 REMOTES FREE!
with $1500 purchase of any items including Welcome Toilet Paper plus other items on our F2X Promos

■ Stand included
■ Easy Setup
■ No Codes required
■ Waterproof

Fresh Universal Remote!



**Free Shipping**
*Call for Details



**AMTEX** ◆◆

☎: **800-650-3360**
www.myamtex.com
Los Angeles | Dallas | Charlotte

To have your number removed, go to www.nothx.net or call 1-866-553-1280, and Please Follow Instructions ( Fax Ext # 00626 ).

# AMTEX

# (800) 650.3360
# CONVENTION SPECIAL



**Reg.Price:**
$199.90

**SIZE:**
59"L x 22"W x 47" H

*Item # 2921070*

## Deluxe Housekeeping Carts
### with Bumpers

## SALE: $179.90



Item # 2922110

**Housekeeping/
Janitorial Carts
with 2 bags**

## $86.90

- 33 feet cord size
- 10.8 Amps Power
- Double Motors
- Easy to Clean
- HEPA Filter

Item # 2970010
**Hotel Vaccum**

## $87.90



Item # 1080095
**Luggage Cart**

## $370.00

Offer Valid Until: September 30, 2013    www.myamtex.com    Offer Code: ATX893013

To have your number removed, call 1-866-563-1280, and Please Follow Instructions ( Fax Ext # 00828 ).



To have your number removed, call 1-866-553-1280, and Please Follow Instructions ( Fax Ext # 00628 ).





**Toll Free: 1-800-650-3360**
Webstore: www.americantexchem.com
Los Angeles | Dallas | Charlotte



**Eliminate BED BUGS**



Breathable



Cotton



Antibacterial
Bed Bug & Mite Barrier



Washable



Waterproof

# Mattress Protector Zipper Terry White







**Box Spring Zipper Encasement**

| Item # | Size | Price/Ea |
|--------|------|----------|
| 1610313 | 54" x 80" x 9" | $14.00 |
| 1610314 | 60" x 80" x 9" | $16.25 |
| 1610315 | 78" x 80" x 9" | $18.90 |
| 1610316 | 72" x 84" x 9" | $19.90 |
| 1610311 | 39" x 80" x 9" | $12.70 |
| 1610312 | 36" x 84" x 9" | $12.90 |

**Mattress Protector Zippered STD**

| Item # | Size | Price/Ea |
|--------|------|----------|
| 1610333 | 54" x 80" x 10.5" | $16.50 |
| 1610334 | 60" x 80" x 10" | $17.90 |
| 1610335 | 78" x 80" x 10.5" | $19.90 |
| 1610336 | 72" x 84" x 10.5" | $20.90 |

**Mattress Protector Zippered Deep Pocket**

| Item # | Size | Price/Ea |
|--------|------|----------|
| 1610323 | 54" x 80" x 13" | $17.50 |
| 1610324 | 60" x 80" x 13" | $19.90 |
| 1610325 | 78" x 80" x 13" | $20.90 |
| 1610326 | 72" x 84" x 13" | $21.90 |

# FREE Shipping with order of 12 or more pcs
Anywhere in the Continental U.S.A.



**Toll Free: 1-800-650-3360**
Webstore: www.americantexchem.com
Los Angeles | Dallas | Charlotte   Expires: January 31, 2014
To have your number removed from future faxes call: 1.855.656.4641

01-17-2014 10:00        647-799-0671        To:   (650) 652-2685

# FREE FREIGHT!
Call for Details
**AMTEX**
www.myamtex.com

# AMTEX
(800) 650-3360

*Super 8*

**Logo Ripple Cups**
As Low As
**$ 58.90**
Call for Details

---

**Super 8**
San Francisco
Soap Co.
Bathroom
Amenities
As Low As
**$ 30.26 / Cs**
Call for Details

### Welcome Toilet Paper
2-Ply
~500 Sheets

Reg. Price **$21.16**

Recent Introductory Rebate **8.00**

Your Cost **$ 13.16** /Cs

Item # 2710425

### Facial Tissue
**$10.10** /Cs
Item # 2715065
Per case of 30

**Hotel Heavy Duty Premium Ironing Boards**
4' Legs Provide added strength
Regular **$17.90**
Introductory Price
**$16.22/ea**

---

Model:
Single Line Phone
Single Line
Item # 3999030
**$14.90** /ea

Hotel Phone P Series
Single Line Phone
Item# 3904010
Single Line
**$15.90** /ea

Hotel Phone PS Series
Single Line Phone with Speaker
Item # 3904020(w/Speaker) **$17.90** /ea

### Glass Carafe
**$2.70** /ea.

Universal Remote
Works with Any TV a/or
your answer is
Item# 3993020

Works with RCA
Qty 1
Item# 3993065

Works with Phillips Magnavox TV
Item# 3993025

Works with Zenith TV
Item# 3993100

**$2.99 / ea**

---

### Sanitaire Vacuum
**$98.90** /ea.*
Item# 2970010
* Price valid with minimum of $500.00 combined orders

*Fresh Universal Remote!*
**12 REMOTES FREE!**
with every order of $1000 or more

With Stand

■ Easy Setup
■ No Codes Required
■ Stand Included
■ Water Proof

Regular Point **$9.99**
Instant Manufacturer Rebate **$4.00**
Your Cost **$5.99**

### Infinity Refrigerator Microwave Combos at
**$156.90/** COMBO
Call for Details

---

# WynRest & WynDry
Wyndham Worldwide Linen and Terry Program
As Low As $5.99/dz

### Decorative Top of Bedding Program


Classic Cinnamon    Classic Cinnamon    Classic Forest

Classic Ocean    Classic Aqua

Call for Details & Pricing



---


Promotion Expires January 31, 2014

# AMTEX
Toll Free: (800) 650-3360
Website: www.myamtex.com
Los Angeles | Dallas | Charlotte
**(800) 650-3360**

This facsimile contains confidential information intended only for the use by Wyndham worldwide entities. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient. You are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by calling the telephone number listed above. To opt out, Just Leave faxes, call (100)-812-1102, fax (800)-211-2795 or e-mail: sales@myamtex.com, Thank you.

To have your number removed from future faxes call: 1.855.656.4641

*All products and services are provided by AMTEX, not Wyndham Worldwide.

01-22-2014 10:01          847-759-0671                    To: 8666128083                1/1

**Special Pricing for**

# WYNDHAM
HOTEL GROUP



# AMTEX®
*Your Single Source for*
*Lodging & Maintenance Supplies*
# 1.800.650.3360

        


Hamilton Beach COMMERCIAL



**Hair Dryer**
Wall Mount Hair dryer
w/ night light
Item# 4001240-WT
Model# 9300
**$20.⁹⁰/ea**



**Hair Dryer**
Wall Mount Hair dryer
w/ night light
Item# 4001240-B
Model# 9300
**$20.⁹⁰/ea**



**Iron**
30 sec auto off
Non-stick,
Steam spray
Item# 4001022
Model# 17515
**$17.⁴⁹/ea**



**Iron**
Auto Off, light Weight,
Non-stick, On/Off
Indicator light
Item# 4001024
Model# 17520
**$18.⁴⁹/ea**



**Iron**
15 min auto off
Non-stick,
Steam spray
Item# 4001020
Model# HIR200
**$19.⁹⁰/ea**



**4-Cup Coffee Maker**
Model # HDC5000
Item# 2430420-BK
**$25.⁴⁹/ea**

**1-Cup Coffee Maker**
Item# 2431413
Model # HDC200B
**$18.⁴⁹/ea**



**1-Cup Coffee Maker**
Item# 2431412
Model # HDC200S
**$21.⁹⁰/ea**



**Alarm Clock**
Item# 3940140
Model # HCR329
**$10.⁹⁰/ea**



**Ironing Board**
Heavy Duty 4 Legs, 13" x 54"
Mesh surface, & 1.5" round metal tube
feet with non skid end caps
Item# 4002130
**$16.⁹⁰/ea**



**Cord Lock**
Hardware Included.
24/Pk
Item# 3520010
**$15.⁴⁹/pk**

Cupon Code: AMT022814
Expires: February 28, 2014


**AMTEX®**
Los Angeles | Dallas | Charlotte

**Toll Free: 1.800.650.3360**
**Webstore: myamtex.com**

• This facsimile contains confidential information intended only for the use by Wyndham Worldwide or its affiliates and is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by telephone at the telephone number listed above.
• All products are & services are provided by AMTEX, not Wyndham Worldwide
• These prices valid only by phone or email orders
• These prices valid for Wyndham properties only

To have your number removed from future faxes, call 1.858.636.4647

02-05-2014 10:00        547-799-0671

# AMTEX ◆ Toll Free: 1-800-650-3360

# FREE FREIGHT!*

Free shipping in Continental US with $1350.00 minimum order*

*Certain positions or regions excluded

## Buy 10 Mattress Protectors Get 1 FREE!

**Special Offer**

**Features & Benefits**
- For old mattresses to look like new
- Protects against Spills & Accidents
- Bed Bug & Dust Mite Resistant


$6.90 Any Size

| Description | Size | Heavy Fitted 9" Item# | With Zipper Item# |
|---|---|---|---|
| Full XL | 54" x 80" | 1611725 | 1610625 |
| Queen | 60" x 80" | 1611730 | 1610630 |
| King | 78" x 80" | 1611735 | 1610640 |
| Cal King | 72" x 84" | 1611740 | 1610650 |

*Minimum 10 pcs.

*Buy minimum 10 cases of each item, to qualify*


Model: Single Line Phone $14.90/ea


Hair Dryer $14.95/ea


Hotel Phone P Series Single Line Phone $15.90/ea

Hotel Phone P6 Series Single Line Phone with Speaker $17.90/ea

## Rainbreeze® Amenity Collection



| Description | Item | Cs Pk | Price/Cs |
|---|---|---|---|
| Soap # ½ | 2302015 | 1000 | $45.48 |
| Soap #¾ | 2302025 | 1000 | $33.90 |
| Soap #1.5 | 2302035 | 500 | $33.90 |
| Conditioning Shampoo Packets # d | 2302055 | 500 | $30.80 |

Buy 10 cases FREE!

$2.20/ea

## Sanitaire Commercial Vacuum


$98.90/ea. Item# 2970010 with minimum of $500.00 combined orders

## 4-Cup & 1-Cup Coffee Makers


Auto Shut Off $12.90/Ea*
*Minimum 24 D 9092

## Buy 20 cases Get 1 Case FREE!

**Welcome Toilet Paper** 2Ply -500 Sheets

Reg. Price $21.16
Instant Introductory Rebate - 8.00
Your Cost $13.16/Cs
Item # 2710425

## Facial Tissue


$10.10/Cs
Item # 2715065
Per case of 30

## Individually Wrapped Insulated Rippled Paper Hot Cup

Minimum 18 cases 480/Cs

$26.90/ea

## Coffee & Brew Basket


Glass Carafe $2.70/ea Item# 2409010

# Buy 6 cases of the same item & get 1 case FREE!

| Description | Item # | Price/Cs |
|---|---|---|
| 4-Cup Kavhi Coffee Reg 200/Cs | 2401030 | $29.48 |
| 4-Cup Kavhi Coffee Decaf 200/Cs | 2402030 | $33.56 |
| 1-Cup Kavhi Coffee Reg 200/Cs | 2401120 | $24.50 |
| 1-Cup Kavhi Coffee Decaf 200/Cs | 2402120 | $27.50 |
| Economy Condiment Kit 500/Cs | 2410040 | $40.29 |
| Deluxe Condiment Kit 500/Cs | 2410050 | $45.39 |
| Deluxe Condiment Kit w/Napkin 500/Cs | 2410060 | $49.47 |

## Buy 10 cases of Cups & get 1 case FREE!

# Plastic Cups


Individually Wrapped 9 oz 1000/Cs

$24.90/Cs
Minimum 10 cases

*Excludes sales of Mattresses / Electronics / Air conditioners / Vacuums / Furniture & Fixtures

Prices valid till February 28, 2014
Coupon Code: AMTXTP01314
Prices valid on prepaid basis only

To have your number removed from future faxes call: 1.855.656.4641

# AMTEX ◆

Toll Free: 1-800-650-3360
e-store: www.myamtex.com
Los Angeles | Dallas | Charlotte

02-10-2014



**AMTEX**

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com



**Logo Ripple Cups**



As low As
**$58.90/c**
Call for Details

---

**Super 8**

**San Francisco Soap Co. Bathroom Amenities**



As Low As
**$30.²⁶/cs**

**Welcome Toilet Paper**



2 Ply



Reg Price $21.16
Instant Instock Rebate -8.00
Your Cost **$13.¹⁶/cs**
Item # 2700425

**Facial Tissue**



**$10.¹⁰/cs**
Per case of 30
Item # 2775005

**Hotel Heavy Duty Premium Ironing Board**



**$16.²²/ea**
Item # 4005010

---



Audel Single Line Phone

**$14.90/ea**

Hotel Phone P Series Single Line Phone

**$15.⁹⁰/ea**

**$17.⁹⁰/ea w/speaker**

**Glass Carafe**



**$2.70/ea.**
Item # 2615010









**$2.⁹⁹/ea**

---



**Sanitaire Vacuum**

**$98.⁹⁰/ea.***

Items 2970010
* Price valid with minimum of $500.00 combined orders

**Fresh Universal Remote!**



**12 REMOTES FREE!**



- works every time
- controls 200 or more
- Stand Included
- Easy Setup
- No Codes required
- Waterproof

Retail Price $8.99
Instant Instock Rebate $4.00
**Your Cost $5.99**

**Infinity Refrigerator Microwave Combos**



**$156.⁹⁰/Combo**
Call for Details

---



**WynRest & WynDry**

**Wyndham Worldwide Linen and Terry Program**
As Low As $5.99/dz



**Decorative Top of Bedding Program**

Classic Cinnamon



Classic Cinnamon



Classic Forest



Classic Ocean



Classic Aqua






Call for Details & Pricing

---

Webstore: www.myamtex.com          **AMTEX**          Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

Promotion expires:
February 28, 2014

03-04-2014 11:23          647-799-0671          To:   (650) 952-9365



# AMTEX ®

**Toll Free: (800) 650.3360**
**www.myamtex.com**

**Sale Ends March 10, 2014 or Until Stock Lasts!**

## Samsung 32" LED TV



**SAMSUNG**
ELECTRONICS

**Samsung Lynk Technology**
LED D470 (720p)
- 3 HDMI 32"
- Side A/V
- Energy Star 5.3

# $295/ea

Model N. HG32NA470PFXZA


LYNK

---

### Generic Pen
**1000/cs**
## $35 90/cs
Item# 2175220

### Key Card
**500/cs**

ONLY
**.07¢/ea**
Best Value
**$35 00/cs**
Item# 3525150

### Key Card Envelope
**500/cs**

ONLY
**.02¢/ea**
Best Value
**$10 00/cs**
Item# 3525520

**Swan Paper Bath Mat**
BUY 10 CASES GET 1 CASE
**FREE!**
## $39 90
**500/cs**   Item# 3401180



---

### Laundry Cart

28"Lx26"Wx37.5"H
## $69 90/ea
Item# 2922070

### Depository Safe

14"W x14"D x20.2"H
## $198 50/ea
Item# 3501200

### 24" Towel Shelf

Best Value
## $15 90/ea
Item# 3410160

### Curved Shower Curtain Rod
Buy 10 Pieces Get 1 FREE!
As Low As
## $15 90/ea
Item# 3450027

---

**Webstore: www.myamtex.com**

# AMTEX

**Toll Free: (800) 650.3360**
e-mail: sales@myamtex.com

This facsimile contains confidential information intended only for the use by Wyndham Worldwide and/or the owner of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please be advised and to notify us by calling the telephone number listed above. The products and services are provided by AMTEX, not Wyndham Worldwide. These prices valid only by phone or email orders. To have your number removed from future faxes, call: 1.855.856.4641

Promotion expires:
March 31, 2014



# AMTEX

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com



**Logo Ripple Cups**



As low As
**$58.90/c**
Call for Details

---

**Super 8°**
**San Francisco Soap Co. Bathroom Amenities**



As Low As
**$30.26/cs**
Call for Details

## Welcome Toilet Paper
2-Ply ~500 Sheets



Reg Price $21.16
Instant Intro factory Rebate - 8.00
Your Cost **$13.16/cs**
Item # 2710425

## Facial Tissue



**$10.10/cs**
Per case of 30
Item # 2715065

**Hotel Heavy Duty Premium Ironing Board**



**$16.22/ea**
Item #4009010

---



**14.90/ea**



**Hotel Phone P Series Single Line Phone**
**$15.90/ea**
Item# 3904010
**$17.90/ea w/speaker**
Item# 3904020

## Glass Carafe



**$2.70/ea**
Item# 2439010
*minimum 18 PCS



Universal Remote, works with any TV after programming. Item 1031020



Works with Hotpay Vizipana TV Item# 1970025

*minimum 50 PCS



Works with NEC/GE TV Item# 1981505

Works with Zsvin TV Item# 1970035

**$2.20/ea**

*Minimum 50 PCS

---



**Sanitaire Vacuum**
**$98.90/ea.***
Item# 3970010
* Price valid with minimum of $500.00 combined orders

*Fresh Universal Remote!*

**12 REMOTES FREE!**
with every order of $1000 or more
Stand Included
- Easy Setup
- No Codes required
- Waterproof

Regular Price $8.00
Intro Manufacturers Rebate $6.00
**Your Cost $5.99**

**Infinity Refrigerator Microwave Combos**



**$156.90/Combo**
Call for Details

---



**WynRest & WynDry**
Wyndham Worldwide Linen and Terry Program
As Low As **$5.99/dz**

## Decorative Top of Bedding Program

**Classic Cinnamon**




**Classic Cinnamon**
**Classic Forest**




**Classic Ocean**
**Classic Aqua**

Call for Details & Pricing

---

Webstore: www.myamtex.com

**AMTEX**

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

This document contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this fax is not the intended recipient, or the employee or agent responsible for delivering to the intended recipient, you are hereby notified that any dissemination or copying of this fax material is strictly prohibited. If you have received this fax made by error, please immediately notify us by calling the telephone number listed above. All products and services are provided by AMTEX, not Wyndham Worldwide. These prices valid only by phone or email orders. To have your number removed from future faxes, call. 1-855-656-4647

Promotion expires:
March 31, 2014



# FREE FREIGHT!
## Call for Details

# AMTEX
**Toll Free: (800) 650.3360**
e-mail: sales@myamtex.com
www.myamtex.com

## Super 8

### Logo Ripple Cups

As low As
**$58.90**/ea.
Call for Details

---

## Super 8

**San Francisco Soap Co. Bathroom Amenities**
As Low As
**$30.**²⁶/cs
Call for Details

## Welcome Toilet Paper

2-Ply
~500 Sheets

| | |
|---|---|
| Reg. Price | $21.16 |
| Instant Introductory Rebate | - 8.00 |
| Your Cost | $13.¹⁶/cs |

Item # 2710425

## Facial Tissue

**$10.**¹⁰/cs
Per case of 30
Item # 2715065

## Hotel Heavy Duty Premium Ironing Board

**$16.**²²/ea
Item #4009010

---


**Model:**
Single Line Phone
**14.90**/ea.


**Hotel Phone P Series Single Line Phone**
**$15.**⁹⁰/ea
Item# 3904010
**$17.**⁹⁰/ea w/speaker
Item# 3904020

## Glass Carafe

**$2.70**/ea.
Item# 2439010
Minimum 18 PCS


Universal Remote, works with any TV after programming
Item# 3993400


Works with RCA/DT TV
Item# 3993345


Works with Samsung "Magnavox" TV
Item# 3993025


Works with Ze-nith TV
Item# 3993035

**$2.**²⁰/ea
*All minimum 50 PCS

---

## Sanitaire Vacuum

**$98.**⁹⁰/ea.*
Item# 2970010
* Price valid with minimum of $500.⁰⁰ combined orders

## Fresh Universal Remote!

## 12 REMOTES FREE!
with every order of $1,000 or more
- Stand Included
- Easy Setup
- No Codes required
- Waterproof

| Regular Price | $9.99 |
| Instant Introductory Rebate | $4.00 |
| **Your Cost** | **$5.99** |

## Infinity Refrigerator Microwave Combos

**$156.**⁹⁰/Combo
Call for Details

---


# WynRest & WynDry
**Wyndham Worldwide Linen and Terry Program**
As Low As **$5.99/dz**

## Decorative Top of Bedding Program


Classic Cinnamon


Classic Cinnamon


Classic Forest


Classic Ocean


Classic Aqua

Call for Details & Pricing

---

Webstore: www.myamtex.com

# AMTEX

**Toll Free: (800) 650.3360**
e-mail: sales@myamtex.com

* This facsimile contains confidential information intended only for the use by Wyndham Worldwide entities if the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by calling the telephone number listed above.
* All products and services are provided by AMTEX, not Wyndham Worldwide.
* These prices valid only by phone or email orders. To have your number removed from future faxes, call: 1.855.636.4641

**Promotion expires:**
March 31, 2014



# FREE FREIGHT! Call for Details

## AMTEX
Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com

Super 8

### Logo Ripple Cups
As low As
$58.90/ea.
Call for Details

### Super 8
San Francisco Soap Co. Bathroom Amenities
As Low As
$30.26/cs
Call for Details

### Welcome Toilet Paper
2-Ply 500 Sheets
Buy 20 cases GET 1 CASE FREE!
$21.16
Instant Introductory Rebate -8.00
Your Cost $13.16/cs
Item # 2710425

### Facial Tissue
$10.10/cs
Per case of 30
Item # 2713065

### Hotel Heavy Duty Premium Ironing Board
$16.22/ea
Item #4002130


Single Line Phone
14.90/ea
Hotel Phone P Series Single Line Phone
$15.90/ea
Item # 2964010
$17.90/ea w/speaker
Item # 3504020

### Glass Carafe
$2.70/ea
Item # 2439010

### 25 FREE TV Remotes
With minimum $1,000.00 order for all items excluding electronics/refrigerators/microwaves/mattresses/air conditioning
$2.20/ea

### Sanitaire Vacuum
$98.90/ea.*
Item# 2970010
* Price valid with minimum of $500.00 combined orders

### Make-Up Remover Wipes
Item # 2235010
$34.90/case
500/case

### Infinity Air Conditioner
42" PTAC with Digital Control Board
As Low As
$459.00
Call for Details
Item # 4130050
WARRANTY

### WynRest & WynDry
Wyndham Worldwide Linen and Terry Program
As Low As $5.99/dz

### Decorative Top of Bedding Program
Classic Cinnamon
Classic Cinnamon
Classic Forest
Classic Ocean
Classic Aqua
Call for Details & Pricing

Webstore: www.myamtex.com
AMTEX
Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

Promotion expires:
April 30, 2014

04-08-2014 10:31

**FREE FREIGHT!** *Call for Details*

**AMTEX**
Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com

Super 8

**Logo Ripple Cups**
As low As
**$58.90/c**
Call for Details

**Super 8**
San Francisco Soap Co.
Bathroom Amenities
As Low As
**$30.26/cs**
Call for Details

**Welcome Toilet Paper**
2-Ply 500 Sheets
**Buy 20 cases GET 1 CASE FREE!***
$21.16
Instant Introductory Rebate  - 8.00
Your Cost **$13.16/cs**
Item # 2710425

**Facial Tissue**
**$10.10/cs**
Per case of 30
Item # 2715065

**Hotel Heavy Duty Premium Ironing Board**
**$16.22/ea**
Item # 4002130

Hotel Phone P Series Single Line Phone
**$15.90/ea**
Item # 2904010
**$17.90/ea** w/speaker
Item # 5504020

Single Line Phone
**14.90/ea**

**Glass Carafe**
**$2.70/ea.**
Item # 2439010
*minimum 12 pcs

**25 FREE TV Remotes**
*With minimum $1,000.00 order for all items excluding electronics/refrigerators/microwaves/mattresses/air conditioning
Universal Remote
Item # 3825065
Works with Philips/Magnavox TV
Item # 3813403
Works with Zenith TV
Item # 3935070
**$2.20 / ea**

**Sanitaire Vacuum**
**$98.90/ea.***
Item # 2976010
* Price valid with minimum of $500.00 combined orders

**Make-Up Remover Wipes**
Item # 2235010
**$34.90/ case**
500/case

**Infinity Air Conditioner**
42" PTAC with Digital Control Board
As Low As
**$459.00**
Call for Details
Item # 413005C

WARRANTY
2 Years Labor
5 Years Compressor

**WynRest & WynDry**
Wyndham Worldwide Linen and Terry Program
As Low As **$5.99/dz**

**Decorative Top of Bedding Program**
Classic Cinnamon
Classic Cinnamon
Classic Forest
Classic Ocean
Classic Aqua
Call for Details & Pricing

Webstore: www.myamtex.com

**AMTEX**

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

Promotion expires:
April 30, 2014

To have your number removed from future faxes, call: 1.855.656.4641

04-10-2014 10:03    647-799-0671

# AMTEX ◆ Toll Free: 1.800.650.3360

## Free Freight!*

Free shipping in Continental US with $1,350.00 minimum order*

*certain products & regions excluded

### TRASH LINER CLEARANCE SALE UNTIL STOCK LASTS

| 17 x 18 HD Clear/Black 4 gal | 20 x 22 HD Clear/Black 8 gal | 20 x 22 HD Black 8 gal | 24 x 24 HD 7-10 gal |
|---|---|---|---|
| 2000/Cs. $13.85/Bx Item # 3211120-CR BK | 2000/Cs. $16.90/Bx Item # 3211140-CR | 2000/Cs. $16.80/Bx Item # 3211140-BK | 1000/Cs. $12.90/Bx Item # 3211170-BK, CL |

| 24 x 33 HD Clear/Black 14 gal | 33 x 40 HD Black 33 gal, 18 mic. | Clear 33 gal, 12 mic. | 40 x 48 HD Clear 40-55 gal, 12 mic. | 40 x 48 HD Black 40-55 gal, 16 mic. |
|---|---|---|---|---|
| 1200/Cs. $20.90/Bx Item #3221020-BK, CL | 250/Cs. $18.90/Bx Item # 3231020-BK | 250/Cs. $20.00/Cs. $21.90/Bx Item # 3231030-CL | 250/Cs. $21.90/Bx Item# 3231410-CL | 250/Cs. $24.20/Cs. Item# 3231420-BK |



## Hair Dryer  Wall Mount



$14.95/ea
Item # 2501010

### Hotel Phone
**P Series**
**Single Line**
Item# 3904010
$15.90/ea
Item# 3904020
$17.90/ea w/speaker



**Single Line Phone**
Item # 3909020
$14.90/ea

## Rain Breeze® Amenities Collection



| Item # | Description | Case Pack | Price/cs |
|---|---|---|---|
| 2302015 | Face & Body Bar Soap #0.5 | 1000 | $25.42 |
| 2302025 | Face & Body Bar Soap #0.75 | 1000 | $33.90 |
| 2302035 | Face & Body Bar Soap #1.5 | 500 | $33.90 |
| 2302055 | Conditioning Shampoo -Packet 0.4 oz | 500 | $30.30 |

**BUY 10 CASES Get 1 Case FREE** of same item

## Sanitaire Vacuum



$98.90/ea.*
Item# 2970010
* Price valid with minimum of $500.90 combined orders

### TV Remotes



Universal Remote – works with any TV after pre-programming Item # 3993600

Works with RCA/GE? Item 3993630

Works with PhilBav/ Magnavox TV Item# 3993045

Works with Zenith TV brand 3893175
$2.90/ea

## Hamilton Beach Wall Mount Hair Dryer-8250



**Buy 5 get 1 FREE!** Until Stock Lasts

$18.99 each
Item # 4010160

## BUY 20 CASES GET 1 CASE FREE



### Welcome Toilet Paper
2-Ply ~500 Sheets

Reg. Price $21.16
Intro/Introductory Rebate  − 8.00
Your Cost $13.16/Cs
Item # 2710425



### Facial Tissue



$10.10/Cs
Per case of 30
Item # 2715065

## Plastic Cups Individually Wrapped
9 oz.
1000 pcs
Item # 2501010
$24.90/cs



**BUY 10 CASES Get 1 Case FREE**

## 4-Cups & 1-Cup COFFEE MAKERS
Auto Shut-Off



$12.90/ea*
Minimum 24 pcs

### Coffee
BUY 6 CASES of the same item GET 1 CASE FREE



| Description | | Item # | Price/Cs |
|---|---|---|---|
| 4-Cup Kavhi Coffee Reg | 200/Cs | 2401030 | $29.48 |
| 4-Cup Kavhi Coffee Decaf | 200/Cs | 2402030 | $33.56 |
| 1-Cup Kavhi Coffee Reg | 200/Cs | 2401120 | $24.80 |
| 1-Cup Kavhi Coffee Decaf | 200/Cs | 2402120 | $27.50 |
| Economy Condiment Kit | 500/Cs | 2410040 | $40.29 |
| Deluxe Condiment Kit | 500/Cs | 2410050 | $45.39 |
| Deluxe Condiment Kit w/ napkin | 500/Cs | 2410060 | $49.47 |

## Enello Insulated Cups Individually Wrapped
9 oz.
450 pcs
Item # 2505070-BR
$26.90/cs



* Excludes sales of mattresses/electronics/air-conditioners vacuums/ furniture & fixtures
Coupon code: AMTXTP 043014
Prices valid on prepaid basis only
Promotion expires April 30, 2014

## AMTEX ◆
Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
To have your number removed from future faxes, call 1.855.656.4641





**FREE FREIGHT!*** Call for Details

# AMTEX

**Toll Free: (800) 650.3360**
e-mail: sales@myamtex.com
www.myamtex.com

Super 8

## Logo Ripple Cups

As low As **$58.90/cs**
Call for Details

## Super 8® San Francisco Soap Co. Bathroom Amenities

As Low As **$30.26/Cs**
Call for Details

## Welcome Toilet Paper

2-Ply 500 Sheets

**Buy 20 cases GET 1 CASE FREE!***

$21.16
Instant Introductory Rebate - 8.00
Your Cost **$13.16/Cs**
Item # 2710425

## Facial Tissue

**$10.10/Cs**
Per case of 30
Item # 2715065

## Hotel Heavy Duty Premium Ironing Board

**$16.22/ea**
Item # 4002130

...odel: ...ngle Line Phone

**14.90/ea**

**Hotel Phone P Series Single Line Phone**
**$15.90/ea**
Item # 3504010
**$17.90/ea w/speaker**
Item # 3504020

## Amtex Electronic Safe

17" LED Display

**$79.90/ea.***
Item # 3501040 - BL or BG

## Depository Safe w/ Combination Lock

**$197.90/ea.***
Item # 3501200

Universal Remote: works with any TV after programming
Works with RCA/GE TV
Works with Phillips/Magnavox TV
Works with Zenith TV

**$2.20 / ea** *Minimum ... PCS

## Sanitaire Vacuum

**$98.90/ea.***
Item # 2970010
* Price valid with minimum of $500.00 combined orders

## Wall Mount Bracket w/ Lock for 27-42" LCD TV

**$19.90/ea.**
price includes 2 padlocks
Item # 3930002

## Infinity Air Conditioner

42" PTAC with Digital Control Board

As Low As **$459.00**
**Call for Details**
Item # 4130060

WARRANTY
2 YEARS Parts & Labor
5 YEARS Compressor

## WynRest & WynDry

Wyndham Worldwide Linen and Terry Program
As Low As $5.99/dz

## Decorative Top of Bedding Program

**Call for Details & Pricing**

**Webstore: www.myamtex.com** AMTEX **Toll Free: (800) 650.3360** e-mail: sales@myamtex.com

*This facsimile contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by calling the telephone number listed above.
* All products and services are provided by AMTEX, not Wyndham Worldwide.
*These prices valid only by phone or email orders. *To have your number removed from future faxes, call: 1.855.556.4641*

Promotion expires: May 31, 2014

# AMTEX

**Toll Free:**
# 1.800.650.3360


**FREE FREIGHT!***

## Rubber Suction Stopper



**39¢/ea***
Item # 3401230

Minimum 100 pcs

### TRASH LINER CLEARANCE SALE Until Stock Lasts

**Liners As Low As $7.90 per case**

| 17 x 18 HD Clear/Black 8 gal 100%/Cs. $12.95/cs Item #3211120-CR, BK | 20 x 22 HD Clear/Black 7 gal 100%/Cs. $16.90/cs Item # 3211140-CR | 20 x 22 HD Black 7 gal 100%/Cs. $16.90/cs Item # 3211140-BK | 24 x 24 HD Clear/Black 7-10 gal 100%/Cs. $12.00/cs Item #3211170-BK, CL |
| 24 x 33 HE Clear/Black 16 gal 100%/Cs. $20.90/cs Item #3221020-BK, CL | Black 33 gal 18 m'c 250/Cs $18.90/cs Item # 3231020-BK | 33 gal 16 m'c 200/Cs. $24.00/cs Item #3231010-CL | Clear 40-45 gal, 16 m'c 200/Cs. $21.90/cs Item # 3231410-CL | 40-45 gal, 39 m'c 250 Cs. $24.20/cs Item # 3231420-BK |

### Ice Bucket Lin...
$7... Item # 214011

## Hair Dryer Wall Mount

$14⁹⁵/ea
Item # 25C1010

## Hotel Phone P Series Single Line

Item# 3904C10 $15⁹⁰/ea
Item # 3904020 $17⁹⁰/ea w/paper

## Single Line Phone
Item # 3905020 $14⁹⁰/ea

## Amtex Electronic Safe
17" LED Display $79⁹⁰/ea.*

Item # 3501040 - BL or BG

### Wall Mount Bracket w/Lock for 27-42" LCD TV
$19⁹⁰/ea.
price includes 2 padlocks
Item # 3902002

## Depository Safe w/ Combination Lock
$197⁹⁰/ea.*
Item # 3501200

### Infinity Air Conditioner
42" PTAC with Digital Control Board
As Low As $459⁹⁰
Call for Details

WARRANTY
2 Parts & Labor YEARS
5 Compressor YEARS

## Sanitaire Vacuum

$98⁹⁰/ea.*
Itame 2970010
* Price valid with minimum of $500.⁰⁰ combined orders

### TV Remotes

| Universal Remote works with (777 with programming Item# 3731000 | Works with Philips Magnavox TV Item# 3731025 |
| No-search device/PRTC Item# 3731005 | No-search/Zenith TV Item# 3731035 |

$2²⁰/ea*

## Hamilton Beach Wall Mount Hair Dryer-8250

**Buy 5 get 1 FREE! Until Stock Lasts**
$18⁹⁹ each
Item # 4010160

### BUY 20 CASES GET 1 CASE FREE!

## Welcome Toilet Paper 2-Ply ~500 Sheets
48/case
Reg Price $21.16
Instant Introductory Rebate - 8.00
Your Cost $13¹⁶/cs
Item # 2710425

## Facial Tissue

$10¹⁰/cs
Per case of 30
Item # 2715065

## Plastic Cups Individually Wrapped
9 oz.
1000 pcs
Item # 2501010
$24⁹⁰/c

### BUY 10 CASES Get 1 Case FREE!

## Enello Insulated Cups Individually Wrapped
9 oz.
450 pcs
Item # 2505070-BR
$26⁹⁰/cs

## BUY 11 Get 1 FREE!
4-Cups & 1-Cup COFFEE MAKERS Auto Shut-Off

Item # 2430010
$12⁹⁰/ea*
*Minimum 24 pcs
Item # 2431040

## Coffee BUY 6 CASES of the same item GET 1 CASE FREE!



| Description | Item # | Price/Cs |
|---|---|---|
| 4-Cup Kavhi Coffee Reg | 200/Cs | $29.48 |
| 4-Cup Kavhi Coffee Decaf | 200/Cs | $33.56 |
| 1-Cup Kavhi Coffee Reg | 200/Cs | $24.50 |
| 1-Cup Kavhi Coffee Decaf | 200/Cs | $27.50 |
| Economy Condiment Kit | 500/Cs | $40.29 |
| Deluxe Condiments Kit | 500/Cs | $45.39 |
| Deluxe Condiment Kit w/ napkin | 500/Cs | $49.47 |

Excludes sales of mattresses/electronics/air-conditioners
vacuums/furniture & fixtures
coupon code: AMTXP 053114
Prices valid on prepaid basis only
Promotion expires: May 31, 2014
*To have your number removed from future faxes, call: 1.888.484.4641*


**FREE FREIGHT!***

*Free shipping in Continental US with $1,350.00 minimum order*
*certain products & regions excluded

# AMTEX
Toll Free: (800) 650.3360
e-mail: sales@myamtex.co










05-06-2014 11:27 647-795-2671 P. 1/1

**FREE FREIGHT!*** Call for Details

# AMTEX

**Toll Free: (800) 650.3360**
e-mail: sales@myamtex.com
www.myamtex.com

Super 8

## Logo Ripple Cups

As low As **$58.90/cs**
Call for Details

## Super 8® San Francisco Soap Co. Bathroom Amenities

As Low As **$30.26/cs**
Call for Details

## Welcome Toilet Paper

2-Ply 500 Sheets

**Buy 20 cases GET 1 CASE FREE!***

$21.16
Instant Introductory Rebate - 8.00
Your Cost **$13.16/cs**
Item # 2710425

## Facial Tissue

**$10.10/cs**
Per case of 30
Item # 2715065

## Hotel Heavy Duty Premium Ironing Board

**$16.22/ea**
Item # 4002130

...ngle Line Phone
**14.90/ea**

Hotel Phone P Series Single Line Phone
**$15.90/ea**
Item # 2504010
**$17.90/ea w/speaker**
Item # 3504020

## Amtex Electronic Safe

17" LED Display

**$79.90/ea.***
Item # 3501040 - BL or BG

## Depository Safe w/ Combination Lock

**$197.90/ea.***
Item # 3501200

Universal Remote - works with any TV after programming
Works with RCA/GE TV
Works with Philips/Magnavox TV
Works with Zenith TV

**$2.20 / ea**

## Sanitaire Vacuum

**$98.90/ea.***
Item # 2970010
* Price valid with minimum of $500.00 combined orders

## Wall Mount Bracket w/ Lock for 27-42" LCD TV

**$19.90/ea.**
price includes 2 padlocks
Item # 3930002

## Infinity Air Conditioner

42" PTAC with Digital Control Board

As Low As **$459.00**
Call for Details
Item # 4130050

## WynRest & WynDry

Wyndham Worldwide Linen and Terry Program
As Low As $5.99/dz

## Decorative Top of Bedding Program

Classic Cinnamon

Classic Cinnamon

Classic Forest

Classic Ocean

Classic Aqua

Call for Details & Pricing

Webstore: www.myamtex.com

AMTEX

**Toll Free: (800) 650.3360**
**e-mail: sales@myamtex.com**

This facsimile contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by calling the telephone number listed above.
* All products and services are provided by AMTEX, not Wyndham Worldwide
These prices valid only by phone or email orders. *To have your number removed from future faxes, call: 1.855.656.4641*

Promotion expires: May 31, 2014

# AMTEX

Webstore: www.myamtex.com **Toll Free: (800) 650.3360** e-mail: sales@myamtex.com

## SAMSUNG

Interactive TV / SMART TV for Hotel
LED 590, Slim 690, Edge-Lit 890

LED TV • *720p • 1080p


HG28NC690AFXZA
HG32NC690DFXZA

40"

HG40NA590LFXZA
HG40NC690DFXZA

46"/48"

HG46NA590LFXZA
HG46NC690XFXZA
HG48NC690DFXZA

55"

HG55NC690EFXZA
HG55NC690XFXZA

65"
HG65NC890XFXZA

## SPECIAL

### Only for Wyndham Hotel Group

## Buy 15 TVs get 1 Free

### Sale extended till May 30th, 2014

As Low as
## $ 249.00

Samsung LYNK™ DRM, Pro:Idiom™ & b-LAN™
LED Direct-Lit 477/577 (478/578 b-LAN™), Slim 677, (678 b-LAN™)

28"

*HG28NC677AFXZA

32"

*HG32NA477GFXZA
*HG32NA478GFXZA
*HG32NB677BFXZA

39"

HG39NA577CFXZA
HG39NA578CFXZA

40"

HG40NA577LFXZA
HG40NA578LFXZA
HG40NC677DFXZA
HG40NC678DFXZA

46"

HG46NA578LBXZA

48"

HG48NC577OFXZA
HG48NC678DFXZA

Samsung LYNK™ DRM Technology
LED Direct-Lit 470 (720p), 570 (1080p), Slim Direct 670 (720p/1080p)

22/28"

HG22NA470BFXZA

32"

*HG32NA470GFXZA

39"

HG39NA570CFXZA

40"

HG40NA570LFXZA

46"

HG46NA570LBXZA

48"

HG48NC670DFXZA














# AMTEX

• This factsheet contains confidential information intended only for the use by Wyndham hotel owners and their resellers of the Samsung products referenced herein, and is not intended for general distribution.
• To the intended recipient, you are hereby notified that any dissemination or copying of this factsheet is strictly prohibited. If you have received this factsheet by error, please immediately notify us by calling the telephone number listed above.
• All orders and services are provided by AMTEX not Wyndham Worldwide.
• These prices valid only by phone or email orders.
• To have your number removed from future faxes, call 1-894-886-8641.


**FREE FREIGHT!** *Call for Details*

## AMTEX
Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com


Super 8


**Logo Ripple Cups**
As low As
**$58.90**/cs
Call for Details

---

**Super 8**
**San Francisco Soap Co. Bathroom Amenities**

As Low As
**$30.26**/Cs
Call for Details

**Welcome Toilet Paper**
2-Ply 500 Sheets


**Buy 20 cases GET 1 CASE FREE!**
$21.16
Instant Introductory Rebate - 8.00
Your Cost **$13.16**/Cs
Item # 2710425

**Facial Tissue**

**$10.10**/Cs
Per case of 30
Item # 2715065

**Hotel Heavy Duty Premium Ironing Board**
**$16.22**/ea
Item # 4002130

---


Single Line Phone
**14.90**/ea


**Hotel Phone P Series Single Line Phone**
**$15.90**/ea
Item # 3204013
**$17.90**/ea w/speaker
Item # 3504026

**Amtex Electronic Safe**
17" LED Display


**$79.90**/ea.

**Depository Safe w/ Combination Lock**

**$197.90**/ea.


Universal Remote - works with any TV after programming
Item # 3900020

Works with RCA TV
Item # 3500009


Works with Philips/ Magnavox TV
Item # 3500026

Works with Zenith TV
Item # 3500009


**$2.20**/ea

---

**Infiniti Vacuum**

- 32' cord
- Double motor
- 10.6 Amps
- Convenient flexible vacuum hose
**$87.90**/ea.
Item # 2971050
with minimum of $500.00 combined orders

**Wall Mount Bracket w/ Lock for 27-42" LCD TV**

**$19.90**/ea.
price includes 2 padlocks
Item # 3930002

**Infinity Air Conditioner**
42" PTAC with Digital Control Board
As Low As
**$459.00**
Call for Details
Item # 4130060

**WARRANTY**
2 YEARS Parts & Labor
5 YEARS Compressor
Warranty service available nationwide

---

**WynRest & WynDry**
**Wyndham Worldwide Linen and Terry Program**
As Low As **$5.99/dz**


**Decorative Top of Bedding Program**

Classic Cinnamon


Classic Cinnamon    Classic Forest

Classic Ocean    Classic Aqua

**Call for Details & Pricing**

---

Webstore: www.myamtex.com

## AMTEX

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

* This facsimile contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by calling the telephone number listed above.
* All products and services are provided by AMTEX, not Wyndham Worldwide
* These prices valid only by phone or email orders. **To have your number removed from future faxes, call: 1.855.656.4647**

Promotion expires:
June 30, 2014

06-04-2014 10:30          647-799-0671          To:  (600) 650-3360          1/1



## AMTEX

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com

 Super 8

### FREE FREIGHT!*
Call for Details

### Logo Ripple Cups



As low As
**$58.90**/c

---

**Super 8'**

San Francisco
Soap Co.
**Bathroom Amenities**



As Low As
**$30.²⁶/cs**
Call for Details

**Welcome Toilet Paper**

2-Ply
500 Sheets

**Buy 20 cases GET 1 CASE FREE!***

$21.16
Instant Introductory Rebate  - 8.00
Your Cost **$13.¹⁶/cs**
Item # 2710425

**Facial Tissue**

**$10.¹⁰/Cs**
Per case of 30
Item # 2715065

**Hotel Heavy Duty Premium Ironing Board**

**$16.²²/ea**
Item # 4002130

---



Hotel Phone P Series
Single Line Phone
**$15.⁹⁰/ea**
Item # 3504010
**$17.⁹⁰/ea w/speaker**
Item # 3504020

adel:
gle Line Phone
# 4009

**14.90/ea**

**Amtex Electronic Safe**
17" LED Display



**$79.⁹⁰/ea.***
Item # 3501040 - BL or BG

**Depository Safe w/ Combination Lock**



**$197.⁹⁰/ea.***
Item # 3501200



Universal Remote -
works with any TV when
programming
Item # 3035020

Works with RCA/GE TV
Item # 3035030

Works with Philips/
Magnavox TV
Item # 3035040

Works with Zenith TV
Item # 3035035

**$2.²⁰ / ea**

---

 **Infiniti Vacuum**

•32 cord
• Double motor
•17.5 Amps
•Comes with Radio a
vacuum hose

**$87.⁹⁰/ea.**

Item# 2971050
with minimum of
$500.⁰⁰ combined orders

**Wall Mount Bracket w/ Lock for 27-42" LCD TV**



**$19.⁹⁰/ea.**
price includes
2 padlocks
Item # 3930002

**Infinity Air Conditioner**
42" PTAC with Digital Control Board

As Low As
**$459.⁰⁰**
Call for Details

Item # 4130050



WARRANTY
2 YEARS  Parts & Labor
5 YEARS  Compressor
Warranty services
available Nationwide

---

### WynRest & WynDry

Wyndham Worldwide
Linen and Terry
Program
As Low As **$5.99/dz**

### Decorative Top of Bedding Program

Classic Cinnamon

Classic Cinnamon

Classic Forest

Classic Ocean

Classic Aqua

Call for Details & Pricing

---

Webstore: www.myamtex.com          **AMTEX**          Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

This faxsome contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this fax message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by calling the telephone number listed above. All products and services are provided by AMTEX, not Wyndham Worldwide. All sale prices valid only by phone or email orders. To have your number removed from future faxes, call: 1.855.056.4647

Promotion expires:
June 30, 2014



**FREE FREIGHT!***
*Call for Details*

**AMTEX**
Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com


Super 8

**Logo Ripple Cups**

**As low As**
**$58.90/cs**
*Call for Details*

---

**Super 8°**
San Francisco
Soap Co.
Bathroom Amenities

**As Low As**
**$30.26/cs**
*Call for Details*

**Welcome Toilet Paper**

2-Ply 500 Sheets

**Buy 20 cases GET 1 CASE FREE!***
$21.16
Instant Introductory Rebate - 8.00
Your Cost **$13.16/cs**
Item # 2710425

**Facial Tissue**

**$10.10/cs**
Per case of 30
Item # 2715065

**Hotel Heavy Duty Premium Ironing Board**

**$16.22/ea**
Item # 4002130

---


Model:
Single Line Phone
2ATH
A1316910
**14.90/ea**

Hotel Phone P Series
Single Line Phone
**$15.90/ea**
Item # 2600310
**$17.90/ea w/speaker**
Item # 2604520

**Amtex Electronic Safe**
17" LED Display

**$79.90/ea.***
Item # 3501040 - BL or BG

**Depository Safe w/ Combination Lock**

**$197.90/ea.***
Item # 3501200


Universal Remote - works with any TV after programming
Item # 3888060


Works with RCA/GE TV
Item # 3989060

Works with Philips/Magnavox TV
Item # 3888630

Works with Zenith TV
Item # 3989630

**$2.20/ea**

---


**Infiniti Vacuum**
-32 cord
-Double motor
-10.0 Amps
-Convenient flexible vacuum hose
**$87.90/ea.**
Item # 2971050
with minimum of $500.00 combined orders

**Wall Mount Bracket w/ Lock for 27-42" LCD TV**

**$19.90/ea.**
price includes 2 padlocks
Item # 3930002

**Infinity Air Conditioner**
42" PTAC with Digital Control Board
As Low As
**$459.00**
Call for Details
Item # 4130060


WARRANTY
2 Parts & Labor YEARS
5 Compressor YEARS
Warranty restrictions & details reviewed

---


**WynRest & WynDry**
Wyndham Worldwide Linen and Terry Program
As Low As **$5.99/dz**

**Decorative Top of Bedding Program**
Classic Cinnamon


Classic Cinnamon


Classic Forest


Classic Ocean

Classic Aqua


**Call for Details & Pricing**

---

Webstore: www.myamtex.com

**AMTEX**

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

*This facsimile contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended receiver, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please, immediately notify us by calling the telephone number listed above.
*All products and services are provided by Amtex, not Wyndham Worldwide.
*These prices valid only by phone or email orders. To have your number removed from future faxes, call 1.855.650.4647

Promotion expires:
June 30, 2014



# AMTEX

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com
www.myamtex.com

FREE FREIGHT! Call for Details

 Super 8

**Logo Ripple Cups**

As low As
**$58.90/cs**
Call for Details

---

**Super 8**
San Francisco Soap Co.
Bathroom Amenities

As Low As
**$30.26/cs**
Call for Details

**Welcome Toilet Paper** 2-Ply 500 Sheets


Buy 20 cases GET 1 CASE FREE!*
$21.16
Instant Introductory Rebate - 8.00
Your Cost **$13.16/cs**
Item # 2710425

**Facial Tissue**

**$10.10/cs**
Per case of 30
Item # 2715065

**Hotel Heavy Duty Premium Ironing Board**

**$16.22/ea**
Item # 4002130

---


Hotel Phone P Series Single Line Phone
14.90/ea


Hotel Phone P Series Single Line Phone
**$15.90/ea**
Item # 2504010
**$17.90/ea w/speaker**
Item # 2504020

**Amtex Electronic Safe**
17" LED Display


**$79.90/ea.***
Item # 3501040 - BL or BG

**Depository Safe w/ Combination Lock**

**$197.90/ea.***
Item # 3501200


Universal Remote - works with any TV after programming Item # 8888230
Works with RCA/GE TV Item # 3888289
Works with Philips/ Magnavox TV Item # 8888228
Works with Zenith TV Item # 3888288

**$2.20/ea**
Minimum 50 PCS

---

**Infiniti Vacuum**

- 32' cord
- Double motor
- 10.5 Amps
- Convenient Realtine vacuum Hose
**$87.90/ea.**
Item # 2471010
with minimum of $500.00 combined orders

**Wall Mount Bracket w/ Lock for 27-42" LCD TV**

**$19.90/ea.**
price includes 2 padlocks
Item # 3930002

**Infinity Air Conditioner**
42" PTAC with Digital Control Board

As Low As
**$459.00**
Call for Details
Item # 4130050

WARRANTY
2 YEARS Parts & Labor
5 YEARS Compressor
Warranty service & Labor Authorized

---

**WynRest & WynDry**
Wyndham Worldwide Linen and Terry Program
As Low As $5.99/dz


**Decorative Top of Bedding Program**
Classic Cinnamon

Classic Cinnamon
Classic Forest
Classic Ocean
Classic Aqua
Call for Details & Pricing

---

Webstore: www.myamtex.com

**AMTEX**

Toll Free: (800) 650.3360
e-mail: sales@myamtex.com

Promotion expires:
August 31, 2014

This document contains confidential information intended only for the use by Wyndham Worldwide entities. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by calling the telephone number listed above. All products and services are offered by AMTEX, not Wyndham Worldwide. This offer is valid only by phone orders. To have your number removed from future faxes, call 1.855.656.4647