UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TEX-CHEM CORPORATION, a California corporation, and JOHN DOES 1-5,<br><br>Defendants. | Civil Action No. 17-cv-00485-VLB |

**MOTION FOR ADMISSION OF**
**<u>ANDREW B. LUSTIGMAN TO APPEAR AS VISITING ATTORNEY</u>**

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves the Court to grant permission for attorney Andrew B. Lustigman of the firm of Olshan Frome Wolosky LLP, 1325 Avenue of the Americas, New York, New York 10019, to appear as a visiting attorney *pro hac vice* for Defendant American Tex-Chem Corporation ("Defendant") in the above-captioned litigation.

This motion is based on the Affidavit of Andrew B. Lustigman ("Lustigman Affidavit") and accompanying Certificates of Good Standing, which are submitted concurrently herewith.

As set forth in this submission, Mr. Lustigman is a member of good standing in the bars of the States of New York and New Jersey.  Copies of Certificates of Good Standing from these jurisdictions are attached to the Lustigman Affidavit submitted as part of this motion.

Mr. Lustigman has not been denied admission to or been disciplined by this Court or any other court.

The undersigned, attorney Michael J. Passarella, shall be designated as local counsel for this action and agrees to readily communicate with opposing counsel and the Court regarding the conduct of this case; accept papers when served and represent the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should Andrew B. Lustigman fail to respond to any Court order for appearance or otherwise

WHEREFORE, Defendant respectfully moves the Court to grant permission for Andrew B. Lustigman to appear to appear *pro hac vice* in this action as a visiting lawyer in this matter representing Defendant.

Dated:  June 20, 2017

                                            Respectfully submitted,

By:    /s/ Michael J. Passarella
       Michael J. Passarella (ct 28445)

       OLSHAN FROME WOLOSKY LLP
       1325 Avenue of the Americas
       New York, New York 10019
       Tel: (212) 451-2300
       E-mail: mpassarella@olshanlaw.com

       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2017, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing (ECF) system or by mail to addresses of anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Michael J. Passarella

4193571-1