**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN TEX-CHEM CORPORATION, a California corporation, and JOHN DOES 1-5,<br><br>        Defendants. | Civil Action No.: 17-cv-00485-VLB |

**MOTION FOR ADMISSION OF**
**SCOTT SHAFFER TO APPEAR AS VISITING ATTORNEY**

    Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves the Court to grant permission for attorney Scott Shaffer of the firm of Olshan Frome Wolosky LLP, 1325 Avenue of the Americas, New York, New York 10019, to appear as a visiting attorney *pro hac vice* for Defendant American Tex-Chem Corporation ("Defendant") in the above-captioned litigation.

    This motion is based on the Affidavit of Scott Shaffer ("Shaffer Affidavit") and accompanying Certificates of Good Standing, which are submitted concurrently herewith.

    As set forth in this submission, Mr. Shaffer is a member of good standing in the bars of the States of New York and New Jersey. Copies of Certificates of Good Standing from these jurisdictions are attached to the Shaffer Affidavit submitted as part of this motion.

4193442-1

Mr. Shaffer has not been denied admission to or been disciplined by this Court or any other court.

The undersigned, attorney Michael J. Passarella, shall be designated as local counsel for this action and agrees to readily communicate with opposing counsel and the Court regarding the conduct of this case; accept papers when served and represent the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should Andrew B. Lustigman fail to respond to any Court order for appearance or otherwise

**WHEREFORE, Defendant respectfully moves the Court to grant permission for Scott Shaffer to appear to appear *pro hac vice* in this action as a visiting lawyer in this matter representing Defendant.**

**Dated:  June 20, 2017**

        **Respectfully submitted,**

By:   /s/ Michael J. Passarella
      Michael J. Passarella (ct 28445)

OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
E-mail: mpassarella@olshanlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2017, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing (ECF) system or by mail to addresses of anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                         /s/ Michael J. Passarella

4193571-1