IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN TEX-CHEM CORPORATION, a California corporation, and JOHN DOES 1-5<br><br>Defendants. | Civil Action No.: 3:17-CV-00485-DJS<br><br><br><br><br><br><br><br><br><br>May 23, 2019 |

### DEFENDANT'S, AMERICAN TEX-CHEM CORPORATION, MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(d), Defendant, American Tex-Chem Corporation, by and through its undersigned attorneys, Wilson Elser Moskowitz Edelman and Dicker, LLP, respectfully moves this Honorable Court for admission *pro hac vice* of Joseph L. Francoeur, Esquire, a visiting lawyer, to participate in the defense and trial of the matter referenced above with Civil Action No.: 3:17-CV-00485-DJS.

In support of this Motion, Defendant states the following:

1. The undersigned is a member of good standing with the Bar of this Court.
2. As set forth in the attached Affidavit, Joseph L. Francoeur, is a member of Wilson Elser Moskowitz Edelman & Dicker LLP, located at 150 E 42nd Street, New York, New York 10017.
3. Neither Attorney Francoeur nor any member of the firm to which he belongs had been denied admission or disciplined in accordance with Local Rule 83.1(d), or have been denied admission or disciplined by any other court.
4. Attorney Francoeur has stated to undersigned, and has declared in his affidavit, hereto attached, that he has fully reviewed and is familiar with the Federal Ruled of Civil Procedure, the Local

- 1 -

721439v.1

- 2 -

Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Andrea M. Strain will be counsel of record in the above-captioned case along with Joseph L. Francoeur.

6. Pursuant to Local Rule 83.1, a fee of $75.00 has been paid to the Clerk of the Court with the filing of this Motion.

7. An affidavit signed by Joseph L. Francoeur is attached hereto in conformity with the requirements of Local Rule 83.1(d).

WHEREFORE, Defendant, American Tex-Chem Corporation., respectfully request that its Motion be granted, ant that this Court enter an Order granting Joseph L. Francoeur, Esquire *pro hac vice* admission to represent the Defendant in litigation and trial of this case with Civil Action No.: 3:17-CV-00485-DJS, and in all proceedings attendant thereto.

Dated: May 23, 2019                                  Respectfully submitted,

                                                     WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP


                                                     By:   */s/ Andrea M. Strain* (ct30325)
                                                           Andrea M. Strain (ct30325)
                                                           *Attorneys for Defendant*
                                                           *American Tex-Chem Corporation*
                                                           1010 Washington Boulevard, 8th Floor
                                                           Stamford, Connecticut 06901
                                                           (203) 388-9100
                                                           Andrea.Strain@wilsonelser.com
                                                           File No.: 21924.00001

- 3 -

## CERTIFICATE OF SERVICE

I, Andrea Strain, hereby certify that on this 23rd day of May 2019, a true and correct copy of the foregoing was filed through the ECF system, and the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants and the following counsel of record:

Aytan Y. Bellin, Esq.
Bellin & Associates LLC
85miles Avenue
White Plains, New York 10606
E-mail: Aytan.Bellin@bellinlaw.com
*Attorney for the Plaintiff*

And

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois
E-mail: bwanca@andersonwanca.com
*Attorney for the Plaintiff*

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

   /S/ Andrea Strain
Andrea Strain (ct30325)

721439v.1