UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC. a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>                v.<br><br>AMERICAN TEX-CHEM CORP., a California corporation, and JOHN DOES 1-5,<br><br>                Defendants. | Civil Action No. 3:17-cv-00485 |

**MOTION FOR ADMISSION OF ROSS M. GOOD
TO APPEAR AS VISITING ATTORNEY**

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for the admission of Ross M. Good of Anderson + Wanca, 3701 Algonquin Road, Suite 500, Rolling Meadows, Illinois 60008, to appear as a visiting attorney, *pro hac vice,* for Plaintiff Gorss Motels Inc. in the above-captioned litigation.

Ross M. Good is a member of good standing in the bars of the States of Illinois; the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan; the United States District Court for the Northern District of Ohio; United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan; United State District for the Southern District of Florida; Untied States District Court for the Eastern District of Missouri; United States District Court for the Western District of Wisconsin; United States District Court for the Middle District of Florida; United States District Court for the Central District of Illinois, the United States District Court for the Northern District of Indiana, and the United States District Court for

Colorado. Ross M. Good has not been denied admission to or been disciplined by this court or any other court.

    This motion is based on the Declaration of Ross M. Good, which is submitted concurrently herewith.

Dated:  November 8, 2019                       Respectfully submitted,

                                                     /s/Ryan M. Kelly  
                                                     Ryan M. Kelly ct30230  
                                                     ANDERSON + WANCA  
                                                     3701 Algonquin Rd., Suite 500  
                                                     Rolling Meadows, IL 60008  
                                                     Telephone: 847-368-1500  
                                                     rkelly@andersonwanca.com  
                                                     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                s/ Ryan M. Kelly