## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:17-cv-00485 |
| v. | ) |
| AMERICAN TEX-CHEM CORPORATION, a California corporation, and JOHN DOES 1-5, | )<br>)<br>) |
| Defendants. | ) |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Gorss Motels, Inc. and Defendant American Tex-Chem Corporation (collectively, the "Parties") hereby give notice to the Court that the Parties reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action.

The Parties are in the process of finalizing the written agreement and other documentation required to memorialize and effectuate the Parties' settlement agreement.

The Parties anticipate filing a Stipulation of Dismissal with Prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class, pursuant to their agreement within the next sixty (60) days. Pending filing of the Stipulation of Dismissal with Prejudice, the Parties respectfully request a stay of all proceedings in this action to allow time for the Parties to finalize the written settlement agreement and related documentation.

DATED: January 8, 2020

                   Respectfully submitted,

| ANDERSON + WANCA | WILSON ELSER MOSKOWITZ EDELMAN |
| --- | --- |
| 3701 Algonquin Road | & DICKER LLP |
| Suite 500 | 150 E. 42ND Street |
| Rolling Meadows, IL 60008 | New York, NY  10017 |
| Telephone:  (847) 36801500 | Telephone: (212) 490-3000 |
| | |
| By: */s/* Ryan M. Kelly | By: */s/*  Joseph L. Francoeur (with permission) |
| Ryan M. Kelly, Esq. | Joseph L. Francoeur |
| rkelly@andersonwanca.com | joseph.francoeur@wilsonelser.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

CERTIFICATE OF SERVICE

   I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                    */s/ Ryan M. Kelly*
                    Ryan M. Kelly