UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No.  3:17-cv-00485 |
| v. | ) ) ) |
| AMERICAN TEX-CHEM CORPORATION, a California corporation, and JOHN DOES 1-5, | ) ) ) ) |
| Defendants. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Gorss Motels, Inc., and Defendant, American Tex-Chem Corporation, by and through their undersigned counsel, hereby stipulation to the dismissal this action with prejudice as to Gorss Motels, Inc. only, without prejudice as to the members of the putative class, each side to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| ANDERSON + WANCA | WILSON ELSER MOSKOWITZ EDELMAN |
| 3701 Algonquin Road | & DICKER LLP |
| Suite 500 | 150 E. 42ND Street |
| Rolling Meadows, IL 60008 | New York, NY  10017 |
| Telephone:  (847) 36801500 | Telephone: (212) 490-3000 |
| | |
| By: */s/* Ryan M. Kelly | By: */s/*  Joseph L. Francoeur (with permission) |
| Ryan M. Kelly, Esq. | Joseph L. Francoeur |
| rkelly@andersonwanca.com | joseph.francoeur@wilsonelser.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      s/ Ryan M. Kelly